# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **COMING SOON ENTERPRISES, LLC d/b/a AGENCY 2.0,**<br><br>  *Plaintiff,*<br><br>**v.**<br><br>**LUMINA INDUSTRIES, INC.,**<br><br>  *Defendant.* | **CIVIL ACTION NO. 1:24-cv-00450** |

## SUPPLEMENT OF ADDITIONAL STATE COURT RECORDS

On April 26, 2024, the Court ordered Defendant, Lumina Industries, Inc., to supplement the record with a copy of the complete record of state court pleadings, including the docket sheet.

On April 25, 2024, Defendant filed the notice of removal and these state court pleadings: the citation and original petition (Exhibit A), affidavit of service (Exhibit B), and original answer and counterclaims (Exhibit C).

Defendant now files a copy of the docket sheet for the state court action that was removed to this court, the process request form, a motion for substitute service that Defendant had not previously received, and the notice of order following the filing of the

removal notice. With this supplement, Defendant understands it has filed a copy of the complete record of state court pleadings.

Respectfully submitted,

**The Bukowski Law Firm, P.C.**

 /s/ Sean Bukowski
Sean Bukowski
Texas Bar No. 24031896
Casey Seeboth
Texas Bar No. 24070584
1601 Rio Grande, Suite 345
Austin, Texas 78701
sbukowski@bukowskilawfirm.com
cseeboth@bukowskilawfirm.com
(512) 614-0335
(832) 201-0822 (fax)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that this Supplement of Additional State Court Records was served on all counsel of record in accord with the Federal Rules of Civil Procedure on May 3, 2024:

Coming Soon Enterprises, LLC d/b/a Agency 2.0
c/o Tyman Law Firm
Attn: Daniel E. Tyman                by e-mail, per agreement, to:
5900 Balcones Drive, Suite 8098      dtyman@tymanlawfirm.com
Austin, Texas 78731

 /s/ Sean Bukowski
Sean Bukowksi